IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MMA LAW FIRM, PLLC, § | |
| § | |
| *Debtor,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv-2134 |
| § | |
| CHEHARDY, SHERMAN, WILLIAMS, § | |
| RECILE & HAYES, L.L.P., § | |
| § | |
| *Appellant.* | |

## MEMORANDUM ORDER

Pending before the Court in the above referenced proceeding is Chehardy, Sherman, Williams, Recile & Hayes, L.L.P.'s ("Chehardy Sherman Williams") Motion to Withdraw the Bankruptcy Reference (filed in Adversary proceeding number 25-3026 and re-filed in this Court as Doc. No. 2). The recommended ruling in Chief Bankruptcy Judge Rodriguez's Report and Recommendation (Doc. No. 1) would resolve this motion if adopted by this Court. Neither party filed objections. After a review of the filings, the applicable law, and Judge Rodriguez's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation, and hereby withdraws the reference as to all matters involving the division of attorney's fees between Chehardy Sherman Williams and MMA Law Firm, PLLC, the debtor.

Signed at Houston, Texas, on this the 3rd day of June, 2025.

Andrew S. Hanen
United States District Judge